JAMES R. F. KELLY et al., Appellants, *v.* THE·CITY OF NEW YORK, Respondent.

*Kelly* v. *City of New York*, 87 App. Div. 299, affirmed.
(Argued November 17, 1904; decided December 6, 1904.)

APPEAL from a judgment, entered November 19, 1903, upon an order of the Appellate Division of the Supreme Court in the first judicial department, overruling plaintiffs' exceptions, ordered to be heard in the first instance by°the Appellate Division, and directing a dismissal of the complaint.

*Louis Marshall* for appellants.

*John J. Delany, Corporation Counsel* (*Theodore Connoly* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT and VANN, JJ. Absent: WERNER, J.

---

THE CITY OF NEW YORK, Respondent, *v.* MILFORD B. STREETER, Appellant.

*City of New York* v. *Streeter*, 91 App. Div. 206, affirmed.
(Argued November 18, 1904; decided December 6, 1904.)

OFFICERS — PRESUMPTION OF REGULARITY OF OFFICIAL ACTS. Where a municipal charter provides for specific cases in which the vice-chairman of the council may perform the duties of the president, the presumption of the regularity of a warrant signed by the former and issued to the receiver of taxes will obtain, and his signature will be presumed to have been necessitated by one of the causes stated.

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 2, 1904, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*Joseph A. Burr*, for appellant.

*John J. Delany, Corporation Counsel* (*Theodore Connoly* of counsel), for respondent.